UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>ROBIN T. BERNER<br><br>Defendant<br><br>and<br><br>AUCTION EXCHANGE, INC.,<br>SACRAMENTO, CA,<br>and its successors or assigns<br><br>Garnishee | 3:08CR30036-001<br><br>ORDER TERMINATING<br>CONTINUING GARNISHMENT |

---

Based upon the Motion for Termination of Continuing Garnishment with Final Accounting on file herein, and pursuant to 28 U.S.C. §3205(c)(10)(C), it is

ORDERED that the garnishment herein is hereby terminated by Order of this Court.

DATED: December 2, 2019

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE